[Nos. 21200–1–I; 21976–6–I.   Division One.   May 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY BERT
LYNN, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 87–8–03092–1, Patricia H. Aitken, J., entered
September 1, 1987. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 22851–0–I.   Division One.   May 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN
PATRICK KING, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–01123–7, James D. McCutcheon, Jr., J.,
entered August 3, 1988. *Affirmed* by unpublished opinion
per Winsor, J., concurred in by Grosse, A.C.J., and Pekelis,
J.

[No. 12835–7–II.   Division Two.   May 22, 1990.]

*In the Matter of the Marriage of* RAMONA P.
WASHBURN, *Respondent, and* JERRY M.
WASHBURN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81–3–03613–8, Arthur W. Verharen, J., entered
April 21, 1989. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Wors-
wick, J.